UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 14 2000
GEORGE M. MAROVICH
United States District Court Judge

UNITED STATES OF AMERICA    )
                            )
             v.             )    No. 99 CR 611
                            )    DOCKETED
BRIAN L. INGLESE,           )    Hon. George M. Marovich
EARL F. BAUMHARDT, JR., and )    SEP 1 9 2000
B & H SPORTS, LTD.          )

**V E R D I C T**

We, the jury, find the defendant, BRIAN L. INGLESE, GUILTY as charged in Count(s) _1 - 2 - 3 - 4 - 7 - 8 - 13 - 14_ of the indictment, and NOT GUILTY as charged in Count(s) _5 - 6 15_ of the indictment.

_Ruth Sanchez_                    _Maryanne Clark_
**FOREPERSON**

_Joyce L. Ketterling_             _William P. Palme_

_Doreen Walsh_                    _Onastacio Gonzie_

_Barbara Behr_                    _Calvin Lee_

_Michel Cid_                      _Rudy F. W___

_John P. Johnston_                _Susan L. ___

                                  _July 14, 2000_
                                  **DATE**