UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99 CR 611 |
| | ) | |
| BRIAN INGLESE, | ) | Judge George M. Marovich |
| Defendant. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO: Mr. David Hoffman
Assistant U.S. Attorney
Fifth Floor
219 South Dearborn
Chicago, IL 60604

PLEASE TAKE NOTICE that we have filed on November 15, 2002, a **MOTION FOR A RECOMMENDATION OF EARLY RELEASE TO COMMUNITY CONFINEMENT** before Hon. Judge George M. Marovich, United States District Court, at 219 South Dearborn Street, Chicago, Illinois, 60604, in Courtroom 1743, or before such other who may be sitting in his place instead which motion shall be heard on **Wednesday, November 20, 2002 at 9:30 a.m.**

### CERTIFICATE OF SERVICE

Steven Shobat, an attorney, states that on November 15, 2002, he caused a copy of the above-mentioned notice and motion to be hand delivered to the attorney above.

Steven Shobat

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 99 CR 611 |
| | ) | |
| BRIAN INGLESE, | ) | Judge George M. Marovich |
|     Defendant. | ) | |



DOCKETED
DEC 4 2002

## DEFENDANT BRIAN INGLESE'S AGREED MOTION
## FOR RECOMMENDATION TO COMMUNITY CONFINEMENT

Now comes the Defendant, Brian Inglese, by and through his attorney, Steven Shobat, 33 North Dearborn, Suite 600, Chicago, Illinois 60602, and hereby files this motion for entry of an order recommending that defendant be released to community confinement up to six months prior to his release date, pursuant to 18 U.S.C. §3624(c). In support of the motion, the defendant states as follows.

1. Defendant was sentenced by this Court on December 20, 2000 to 30 months in the custody of the Bureau of Prisons. This Court permitted the defendant to voluntarily surrender to a designated institution by February 27, 2001.

2. Following this Court's recommendation, the Bureau of Prisons designated the defendant for an intensive confinement program (boot camp) in Lompoc, California which had a beginning date of April 16, 2001. To permit defendant Brian Inglese to surrender to his designated institution by the Bureau of Prisons to serve his boot camp sentence, the defendant's surrender date was extended to April 9, 2001. Ultimately, the Bureau of Prisons redesignated defendant to Oxford Wisconsin and defendant was not placed in the boot camp program.

3. Defendant has been an exemplary inmate and has participated in Oxford's community service projects which are held throughout the surrounding communities. His work assignments

129

have included landscaping detail and he has received outstanding work reports. In essence, he has been doing work release and community confinement projects in Oxford, but has not been released to do community work in Illinois.

4. Under 18 U.S.C. §3624(c), the Bureau of Prisons may release an inmate up to 6 months prior to the end of his sentence to a community confinement, work release facility. Under 18 U.S.C. 3622(c), an inmate may be released to work at paid employment in the community while continuing in official detention if the rates of employment are equal to that in the community. Brian Inglese will have a construction job if released to his community confinement center.

5. The Bureau of Prisons has the sole discretion to make the determination regarding the extent of the release to a community confinement center, but looks favorably on the judicial recommendation that the full six months be given. BOP Program Statements 7300.09, 5070.10, and 7320.01. Brian Inglese has been a model inmate, has two small children and a wife who depend upon him for their support and an early return to them to resume working and providing for them is in their interest and the interest of the broader community.

6. AUSA David Hoffman has been contacted regarding this motion. He advised the undersigned counsel that he has no objection to the motion that a recommendation be made, cognizant, of course, that the Bureau of Prisons has the sole authority to make the ultimate determination.

WHEREFORE the defendant Brian Inglese respectfully requests that this Court enter an order recommending that inmate Brian Inglese receive the full six months community confinement,

work release term that is permissible under the existing BOP regulations.

Respectfully submitted,

*[signature]*

Steven Shobat
Attorney for Brian Inglese

33 North Dearborn
Suite 600
Chicago, Illinois 60602
(312) 357-9680

```
OXFPN  607.00  *       MALE CUSTODY CLASSIFICATION FORM       *      01-22-2002
PAGE 001 OF 001                                                      16:26:00

           REGNO: 11960-424           FORM DATE: 11-11-2001          ORG: OXF
(A) NAME....: INGLESE                 BRIAN         L
DES FACL/LEV: OXF SCP    /MINIMUM     MGTV: NONE
PUBSFTY: NONE                         MVED:


(B) DETAINER: (0) NONE                SEVERITY......: (3) MODERATE
MOS REL.....: 19
PRIOR.......: (0) NONE                ESCAPES.......: (0) NONE
VIOLENCE....: (0) NONE                PRECOMMT STATUS: (3) VOL SURR


(C) TIME SERVED....: (3) 0-25%        DRUG/ALC ABUSE.: (4) NEVER
MENT/PSYCH STABILITY: (4) FAVORABLE   TYPE DISCIP RPT: (5) NONE
FREQ DISCIP REPORT..: (3) NONE        RESPONSIBILITY.: (2) AVERAGE
FAMILY/COMMUN TIES..: (4) GOOD


===================== LEVEL AND CUSTODY SUMMARY  =====================
BASE  CUST  VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
 0    +25     -2       0          MINIMUM       N/A            OUT    DECREASE
(D) TYPE REVIEW    NEW CUSTODY   APPROVED: ✓ YES ___NO   NEXT REVIEW: 1/03
    ✓ REGULAR        ___MAX
    ___EXCEPTION     ___IN       CHAIRPERSON SIGNATURE....:
                     ___OUT      WARDEN/DESIGNEE SIGNATURE
                     ✓ COM          FOR EXCEPTION REVIEW:

REASON(S) FOR NOT FOLLOWING FORM'S RECOMMENDATION:


                   Form's recommendation followed.




COPY: CENTRAL FILE, SECTION TWO
      INMATE



G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
BP-S187.058  PROGRESS REPORT  CDFRM
JUN 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS
```

| Institution | Date |
|---|---|
| FPC Oxford, Wisconsin | June 11, 2002 |

**Inmate Reviewed**

| Inmate's Signature | Date 6-13-02 | Staff Signature |
|---|---|---|

### 1. Type of Progress Report

☐ Initial            ☐ Statutory Interim       ■ Pre-Release
☐ Transfer           ☐ Triennial               ■ Other (Specify) **Final**

| 2. Inmate's Name | 3. Register Number | 4. Age (DOB) |
|---|---|---|
| **INGLESE, Brian** | **11960-424** | 34 (07/22/1967) |

5. Present Security/Custody Level
   Minimum/Community

6. Offense/Violator Offense
   False Writing or Document Containing a Materially False Statement (4 Counts) - T18USC1001A3 and 2;
   Sale of Firearm to Person in Violation of Illinois State Law (4 counts) - T18USC922B22.

7. Sentence: 30 months + 3 years Supervised Release + $800 Felony Assessment - 3559 PLRA sentence.

| 8. Sentence Began | 9. Months Served + Jail Credit | 10. Days GCT/or EGT/SGT |
|---|---|---|
| 04/09/2001 | 14 months + 1 day Jail Credit Time | 54 days GCT<br>117 days projected |
| 11. Days FSGT/WSGT/DGCT | 12. Projected Release | 13. Last USPC Action |
| 0/0/0 | 06/12/2003 via GCT | N/A |

14. Detainers/Pending Charges: None known.

15. Co-defendants: N/A

Record Copy - Inmate File; copy - U.S. Probation Office; copy - Parole Commission Regional Office (If applicable); copy - inmate

(This form may be replicated via WP)

Last Name
INGLESE

First Name
BRIAN

Middle Name
L

REG# 11960-424



UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

PROGRESS REPORT - PAGE 2

Committed Name: **INGLESE, Brian**  # 11960-424  Date: 06/11/02

16. **INSTITUTIONAL ADJUSTMENT:**

    A. **Program Plan:** Initial commitment for Inglese was at FPC Oxford when he voluntarily surrendered on April 9, 2001. During his initial classification it was recommended he participate in the Inmate Financial Responsibility Program, and enroll Adult Continuing Education courses and pursue enrollment in self-help programs. The most recent program review reflects Inglese has completed his financial obligation and is participating in educational and self-help programming. It is also noted that Inglese is participating in Community Service Projects being held throughout the surrounding communities.

    B. **Work Assignments:** Work assignments held by Inglese have included Landscape Detail and an Orderly in the Staff Training Center. Inglese is receiving outstanding work reports.

    C. **Educational/Vocational Participation:** Inglese has completed the requirements of the Positive Mental Attitude Program, Healthy Eating, Parenting Program, and the Camp Spanish Program. He is currently enrolled in the Introduction to Home Repair Program.

    D. **Counseling Programs:** Inglese has completed the requirements of the Positive Mental Attitude Program.

    E. **Incident Reports:** None.

    F. **Institutional Movement:**

    | Date | Institution | Purpose |
    |---|---|---|
    | 04-09-2001 | FPC Oxford, WI | Initial Designation |

    G. **Physical and Mental Health:** Health Services Records indicate Inglese is assigned regular duty status with no medical restrictions.

    H. **Progress on Financial Responsibility Plan:** The Northern District of Illinois imposed an $800 Felony Assessment which Inglese completed payment on December 20, 2000.

17. **RELEASE PLANNING:**
    After release from confinement, Inglese will return to the Lansing, IL area, where he has an established residence. Inglese's unit team is recommending a 120-150 day Community Corrections Center (CCC) placement in order for him to finalize plans for employment.

    A. **Residence:**   Janet Inglese, wife
    17335 Community Street
    Lansing, Illinois 60438
    (708) 895-2383

    B. **Employment:**   To be established from CCC.

Committed Name: **INGLESE, Brian**     # 11960-424     Date: 06/11/02

---

**C.**    **U.S.P.O:**    Richard L. Tracy, CUSPO
Northern District of Illinois
Mid Continental Plaza, Suite 1500
55 East Monroe Street
Chicago, IL 60603

**D.**    **Release Preparation Program:** Inglese has completed the requirements of the Institution Release Preparation Program with core curriculum topics to include: Health and Nutrition, Employment, Personal Finance/Consumer Skills, Community Information/Resources, Release Requirements and Procedures, and Personal Growth and Development. He is also enrolled in elective topics to include: Halfway House Placement Issues and Parole Supervision Requirements. Inglese is also enrolled in the Unit Release Preparation Program with topics to include: CCC Process, Disposition of Personal Property, Disposition of Inmate Funds, Release Plans, and Release Processing.

**INGLESE IS NOT SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B).**

**18.**    **Dictated By:**    *[signature]* 6-12-02
R. V. Thalacker, Case Manager     Date

**19.**    **Date Typed:**    June 11, 2002 EM

**20.**    **Reviewed By:**    *[signature]* 6/12/02
L. K. Ritter, Camp Administrator     Date

INSTITUTION: OXF  OXFORD FCI

NAME......: INGLESE, BRIAN L       *90 day*           REG. NO: 11960-424
RESIDENCE..: LANSING, IL 60438

TYPE OF REVIEW......: ~~INITIAL CLASSIFICATION~~/PROGRAM REVIEW
NEXT REVIEW DATE....: *11/02*

PROJ. RELEASE DATE..: 06-12-2003         RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE               HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: *1/03*      DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N                  IF YES, RECONCILED (Y/N): *NA*
PENDING CHARGES.....: *None known.*

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: *N*
   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - - - CURRENT ASSIGNMENT - - - - - - - - | EFF DATE | TIME |
|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 06-12-2003 | 1653 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 06-12-2001 | 1252 |
| CMA | RPP UNT C | RELEASE PREP UNIT PGM COMPLETE | 05-24-2002 | 1546 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 05-02-2001 | 1047 |
| CUS | COM | COMMUNITY CUSTODY | 01-25-2002 | 1159 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 04-26-2001 | 1336 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 04-23-2001 | 1347 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-23-2001 | 1346 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 12-20-2000 | 1812 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 01-22-2001 | 0720 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-09-2001 | 1346 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 04-09-2001 | 1346 |
| QTR | X02-022L | HOUSE X/RANGE 02/BED 022L | 08-07-2002 | 1513 |
| RLG | PROTESTANT | PROTESTANT | 05-02-2001 | 1926 |
| WRK | FPC STC | TRAINING CENTER - CAMP | 08-07-2002 | 1513 |

WORK PERFORMANCE RATING: *Outstanding on Comm. Svc. Project.*

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: *Clear conduct since last review.*

FRP PLAN/PROGRESS: *Completed 12-20-00.*

RELEASE PREPARATION PARTICIPATION: *Completed RPP Core, & VRP.*
*WCS: CCC + Superman.*
*release residence: 17335 Community H, Lansing, IL 60438.*
*custodian: wife.*

CCC RECOMMENDATION: Recommend 120-150 day CCC.

PROGRESS MADE SINCE LAST REVIEW: As recommended last review, continuing Home Improvement & Comm. Svc. Projects.

GOALS FOR NEXT PROGRAM REVIEW MEETING: Complete Home Improvement.

LONG TERM GOALS: Successfully complete CCC and term of supervision.

OTHER INMATE REQUESTS/TEAM ACTIONS: Last 6 mos deposit $134.
Balance = $76.
SSN: In file
FBI RAP: In file
407/408: Current
JH: OXF, ICC

Ineligible for ICC, NCR responded to the court.

SIGNATURES:

UNIT MANAGER: _____  INMATE: _____

      DATE:   8-8-02            DATE:   8-8-02

```
OXFPN            *        PROGRAM REVIEW REPORT            *      08-07-2002
PAGE 003 OF 003                                                    15:47:11
```

```
REGNO..: 11960-424 NAME: INGLESE, BRIAN L


FBI NO............: 845619RB1           DATE OF BIRTH: 07-22-1967
ARS1..............: OXF/FURL CSP
UNIT..............: CAMP                QUARTERS.....: X02-022L
DETAINERS.........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-12-2003 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION............: ILLINOIS, NORTHERN DISTRICT
DOCKET NUMBER....................: 99 CF 611-1
JUDGE............................: MAROVICH
DATE SENTENCED/PROBATION IMPOSED: 12-20-2000
DATE COMMITTED...................: 04-09-2001
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:   $800.00         $00.00           $00.00       $00.00

RESTITUTION...:   PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  132
OFF/CHG: FALSE WRITING OR DOCUMENT CONTAINING A MATERIALLY FALSE
         STATEMENT (CT 1) - T18USC1001A3&2

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 05-19-1998




G0002         MORE PAGES TO FOLLOW . . .
```

REGNO..: 11960-424 NAME: INGLESE, BRIAN L


TOTAL PRIOR CREDIT TIME..........: 1
TOTAL INOPERATIVE TIME...........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED.................: 54
STATUTORY RELEASE DATE PROJECTED: 06-12-2003
SIX MONTH /10% DATE..............: 03-26-2003
EXPIRATION FULL TERM DATE........: 10-07-2003


PROJECTED SATISFACTION DATE......: 06-12-2003
PROJECTED SATISFACTION METHOD...: GCT REL




G0000           TRANSACTION SUCCESSFULLY COMPLETED

```
OXFPN   540*23 *         SENTENCE MONITORING          *    08-06-2002
PAGE 004       *           COMPUTATION DATA           *    12:32:50
                          AS OF 08-06-2002

REGNO..: 11960-424 NAME: INGLESE, BRIAN L


------------------------CURRENT OBLIGATION NO: 080 ------------------------
OFFENSE CODE....: 132
OFF/CHG: SALE OF FIREARM TO PERSON IN VIOLATION OF ILLINOIS STATE LAW
         (CT 14)- T18USC922B22

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
   TERM OF SUPERVISION............:     3 YEARS
   RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER...: CC
   DATE OF OFFENSE................: 09-28-1998

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-11-2001 AT OXF AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030, 010 040, 010 050, 010 060,
                 010 070, 010 080

DATE COMPUTATION BEGAN..........: 04-09-2001
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS      6 MONTHS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 05-19-1998

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   08-30-1999    08-30-1999




G0002        MORE PAGES TO FOLLOW . . .
```

REGNO..: 11960-424 NAME: INGLESE, BRIAN L

------------------------CURRENT OBLIGATION NO: 050 -------------------------
OFFENSE CODE....: 132
OFF/CHG: SALE OF FIREARM TO PERSON IN VIOLATION OF ILLINOIS STATE LAW
         (CT 2) - T18USC922B22

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC
 DATE OF OFFENSE................: 05-19-1998

------------------------CURRENT OBLIGATION NO: 060 -------------------------
OFFENSE CODE....: 132
OFF/CHG: SALE OF FIREARM TO PERSON IN VIOLATION OF ILLINOIS STATE LAW
         (CT 4) - T18USC922B22

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC
 DATE OF OFFENSE................: 06-30-1998

------------------------CURRENT OBLIGATION NO: 070 -------------------------
OFFENSE CODE....: 132
OFF/CHG: SALE OF FIREARM TO PERSON IN VIOLATION OF ILLINOIS STATE LAW
         (CT 8) - T18USC922B22

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC
 DATE OF OFFENSE................: 09-09-1998

G0002         MORE PAGES TO FOLLOW . . .

# MONTELLO SCHOOL DISTRICT
## 222 Forest Lane   Montello, WI  53949
## BUILDINGS, GROUNDS & TRANSPORTATION OFFICE

### Roger Feucht, Director

*******************************************************************

September 13, 2002


Dear Mr. Inglese,

I truly enjoyed working with you the past three weeks and wanted to thank you for all your efforts.  I hope the work details you were doing in some way were exciting and challenging.  I really want you to understand that all the projects you participated in, has allowed the Montello School District and staff to surpass their summer goals.  Of all the work details, even the ones that must have seemed monotonous, were all greatly appreciated.  All the tasks that were completed, allowed my staff to concentrate on items in their respective areas to maintain a safe and healthful school environment.  I was particularly impressed with your working as a team member in group projects and having a wonderful attitude towards my staff.

I again want to take this opportunity to Thank You for all your hard work and cooperation.  Best wishes in all your future endeavors.

Sincerely Yours,

Roger Feucht
Buildings and Grounds Supervisor
Montello School District

# CERTIFICATE OF APPRECIATION

*AWARDED TO:*

**BRIAN INGLESE**

The Grand Marsh Area Development Corporation sincerely thanks you for all your hours of hard work assisting us in both setting up and cleaning up after our annual Corn 'n Tater Fest. You helped to make the festival our most successful one ever and we couldn't have done it without you! Thanks to your effort, the Grand Marsh Community Center will continue to thrive for another year, serving the citizens of New Chester Township and Adams County.

Wishing you all the best in the future..........



*The Grand Marsh Area*
*Development Corp.*